# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Use of a Cell-Site Simulator As Described in<br>Attachment A to the Affidavit of Special Agent<br>Christopher P. Morgan Dated September 25, 2020 | )<br>)<br>) Case No.<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 & 846 | Drug trafficking and conspiracy to commit same. |

The application is based on these facts:
See attached Affidavit. To ensure compliance with 18 U.S.C. §§ 3121-27, the Warrant will also function as a pen register order. I thus certify that the information likely to be obtained is relevant to an ongoing DEA investigation.

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Christopher P. Morgan, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: September 25, 2020

City and state: Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE